IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. *16-0520 BPG* |
| CHARLES MILLER, IV | ) |

## INFORMATION

### COUNT 1

The Principal Deputy Assistant Attorney General of the United States Department of Justice, Civil Rights Division, hereby charges that:

On or about February 24, 2016, in the District of Maryland, the defendant

**CHARLES MILLER, IV,**

while aiding and abetting another, intentionally damaged the property of the Whole Woman's Health of Baltimore clinic by defacing the clinic's doors, walls, and windows with spray paint, because the clinic provided reproductive health services.

18 U.S.C. §§ 248(a)(3) and 2.

_____FILED _____ENTERED
_____LODGED _____RECEIVED

NOV - 1 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                           DEPUTY

## COUNT 2

The Principal Deputy Assistant Attorney General of the United States Department of Justice, Civil Rights Division, hereby further charges that:

On or about February 25, 2016, in the District of Maryland, the defendant

**CHARLES MILLER, IV,**

while aiding and abetting another, intentionally damaged the property of the Whole Woman's Health of Baltimore clinic by defacing the clinic's doors, walls, and windows with spray paint, because the clinic provided reproductive health services.

18 U.S.C. §§ 248(a)(3) and 2.

_____
VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division

___11/1/16___
Date